MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA, :

               Plaintiff,  :    ORDER TO SHOW CAUSE

           v.  :    07 CIV 7488 (RJS)

MICHAEL SILLA, :

               Defendant. :
----------------------------------------x

NOTICE:  THIS IS A COURT ORDER WHICH REQUIRES YOU TO APPEAR IN PERSON IN ROOM 21C UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK 10007 AT noon ON 1/16, 2008.

On the annexed summons and complaint, the annexed proof of service by the process service, and the annexed Declaration of Kathleen A. Zebrowski, Assistant United States Attorney, it is hereby

ORDERED that the defendant appear before United States District Judge Richard J. Sullivan, Room 21C United States Courthouse, 500 Pearl Street, New York, New York 10007, New York, City, County, State, and Southern District of New York, on the 16th day of January 2008, at Noon of that day and show cause why a default judgment should not

be entered against defendant pursuant to Rule 55(b)(2) of the Federal rules of Civil Procedure, and why the plaintiff should not have such other and further relief as may be just and proper, and it is further

ORDERED AND DECREED that a copy of this Order and the papers upon which it is based may served by JAN 8, 2008, upon defendant by mailing a copy therof, by first-class mail addressed to the defendant or at defendant's last known residence, to wit, 140 West End Ave., Apt. #17G, New York, NY 10023-6142;

Dated: New York, New York

January 3, 2008

UNITED STATES DISTRICT JUDGE